RECEIVED
IN ALEXANDRIA, LA

SEP 17 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MICHAEL JACK VINSON** | : | **DOCKET NO. 2:06-cv-1956** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **U.S. DEPARTMENT OF EDUCATION** | : | **MAGISTRATE JUDGE WILSON** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this civil action be DISMISSED for lack of jurisdiction and/or for failing to state a claim upon which relief can be granted.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 17th day of September, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE